

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00635-CV

**IN THE INTEREST OF E.F.**, J.P.V., V.J.V., and R.J.V., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01049
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED.

We order that no costs be assessed against appellant Mother because she is indigent.

SIGNED May 22, 2019.

_____
Beth Watkins, Justice